IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DANNY LEE BREWER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:11-0373 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| OFFICE NOBLE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In an earlier Order, the Court denied Plaintiff's application to proceed in forma pauperis (Docket Entry No. 3, Order), citing 28 U.S.C. § 1915(g). The Order directed Plaintiff to pay the filing fee or risk dismissal of this action. Plaintiff has not complied with that Order and this action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 25th day of February, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court